UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MEDICINE SHOPPE INTERNATIONAL, INC., ) ) ) | |
| Plaintiff/Movant, ) ) | Case No. 4:06MC373 HEA |
| v. ) ) | |
| GEORGE MITSOPOULOS and TITAN PHARMACEUTICALS AND NUTRITION, INC., ) ) ) ) | |
| Defendants/Respondents. ) CO., ) | |

## MEMORANDUM AND ORDER

This matter is before the Court *sua sponte*. Movant filed this Complaint and/or Motion to Confirm Arbitration Award on July 6, 2006. An Amended Complaint and/or Motion to Confirm was filed on July 7, 2006. Neither of these pleadings contain a Certificate of Service on respondents.

Accordingly,

**IT IS HEREBY ORDERED** that movant shall file either a Certificate of Service of the Amended Complaint regarding service on respondents or advise the Court as to while respondents need not be notified of the said Motion to Confirm Arbitration Award.

Dated this 25th day of July, 2006.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE